IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWIN BERNARD PERKINS, 699746, )<br>  Petitioner, )<br> )<br>v. )<br> )<br>NATHANIEL QUARTERMAN, Director )<br>TDCJ-CID, )<br>  Respondent. ) | No. 3:08-CV-2203-K<br>ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court. Petitioner's Objections to the Magistrate Judge's Findings, Conclusions and Recommendation, filed on January 26, 2009, are **OVERRULED**.

SO ORDERED.

Signed January 27th, 2009.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE